## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STEVE M. JENKINS,                                          )
                                                           )
DONALD E. BURG,                                            )          No. 1:09-cv-00241-MCW
                                                           )
DARLA POLLOCK,                                             )
                                                           )
F. WILLIAM BECKWITH,                                       )
                                                           )
HAROLD BARRETT,                                            )
THOMAS G. BARRETT,                                         )
MARK D. BARRETT, AND                                       )
DAN W. BARRETT                                             )
                                                           )
ARTHUR V. AND DORIS V. BENDER,                             )
Husband and Wife AND DORIS V. BENDER                       )
REVOCABLE TRUST,                                           )
                                                           )
RONALD BENDER,                                             )
                                                           )
FRANCIS G. BESTENLEHNER,                                   )
                                                           )
BESTENLEHNER TRUST,                                        )
                                                           )
WILLIAM H. BURKET,                                         )
                                                           )
EBY LAND COMPANY,                                          )
                                                           )
MARK B. AND R. BETH ERB,                                   )
Husband and Wife,                                          )
                                                           )
MICHAEL E. AND RANDA R. FAGEN,                             )
Husband and Wife,                                          )
                                                           )
HELEN FAZEL,                                               )
                                                           )
JAMES B. FOX,                                              )
                                                           )
ANATASIO GALVAN,                                           )
                                                           )
                                                           )
GALE D. AND GLORIA J. HALDEMAN,                            )
Husband and Wife,                                          )
                                                           )
W. BERNEICE AND JACK HOPKINS,                              )

Husband and Wife,                               )
                                                )
DAVID L. AND BRENDA L. JERMIER,                 )
Husband and Wife,                               )
                                                )
JERRY L. AND VICKI S. LAGE,                     )
Husband and Wife,                               )
                                                )
TERRY L. MASSENGILL,                            )
                                                )
ROBIN D. MILLER,                                )
                                                )
JACK T. AND BARBARA J. MODLIN,                  )
Husband and Wife,                               )
                                                )
MICHAEL W. AND GWENDOLYN D.                     )
NEEDLES,                                        )
Husband and Wife,                               )
.                                               )
PETERSEN L.L.C..                                )
                                                )
WILMA POLLARD,                                  )
                                                )
KENNETH J. RENFROW,                             )
                                                )
GINGER LEANN RILEY-BURELL,                      )
                                                )
SANEMAH ENTERPRISES, INC.,                      )
                                                )
CARL F. SCHNOOR AND HARRIET L.                  )
SCHNOOR DECEDENT'S TRUST                        )
                                                )
SPURGEON MANOR, INC.,                           )
                                                )
STRUYK'S SLOPES, INC.,                          )
                                                )
MARILYN C. WASSER REVOCABLE                     )
TRUST,                                          )
                                                )
MAX C. AND JEANNE L. WINELAND,                  )
Husband and Wife,                               )
                                                )
RANDY O. AND SHARON K. WRIGHT,                  )
Husband and Wife,                               )
                                                )
AND                                             )

| | |
|---|---|
| FROG CREEK LTD, | ) |
| | ) |
| | ) |
| For Themselves and As Representatives of a | ) |
| Class of Similarly Situated Persons, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |

Defendant.

### SECOND AMENDED COMPLAINT

Pursuant to RCFC Rule 15, Plaintiffs file this Second Amended Complaint, with written consent of Defendants.

### JURISDICTION

1.    This Court has jurisdiction pursuant to 28 U.S.C. §1491(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon the Constitution and Statutes of the United States.

### STATUTES AND CONSTITUTIONAL PROVISIONS

2.    Plaintiffs' claims are based upon 1) the Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983, 16 U.S.C. § 1247(d) ("Trails Act"); and 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act").

3.    Plaintiffs seek costs and attorneys' fees incurred pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. §4654(c) (2000), which provides that Plaintiffs are entitled to "reasonable costs,

disbursements and expenses, including reasonable attorney, appraisal and engineering fees, actually incurred because of [the] proceeding." 42 U.S.C. §4654(c) (2000).

## COUNT I
## (TAKINGS CLAIM)

4.    Union Pacific Railroad Company ("UP") formerly owned an easement for railroad purposes known as the Perry Subdivision, extending from milepost 296.8 near Waukee, Iowa, to milepost 275.9 (Equation milepost 275.9 = 361.8) near Perry, Iowa, and from milepost 361.8 to milepost 369.0 near Dawson, Iowa, a total distance of 28.1 miles, in Dallas County, Iowa (the "Railroad Line").   The easement lay across property owned by Plaintiffs.  Upon abandonment of the easement by UP, Plaintiffs' property would have been unburdened by any easement.

5.    Plaintiff Steve M. Jenkins is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Steve Jenkins' property, parcel number 1102143003, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 1).

6.    Plaintiff Donald E. Burg is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Mr. Burg's property, parcel number 0225300002, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the

current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 2).

7.     Plaintiff Darla Pollock is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Mrs. Pollock's property includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.   (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 3).

8.     Plaintiff F. William Beckwith is a resident and citizen of Boone County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  F. William Beckwith's property, parcel numbers 0226200005, 0226200006, 0226200003, and 0223300005, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 4).

9.     Plaintiffs Harold G. Barrett, Thomas G, Barrett, Mark D. Barrett, and Dan W. Barrett.  The Barretts' are residents and citizens of Dallas County, Iowa and Jackson County, Missouri, the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  The Barretts' property, parcel number 1218300003, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A

copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 5).

10.   Plaintiffs Arthur V. and Doris V. Bender, husband and wife and Doris V. Bender Revocable Trust, Arthur V. Bender and Doris V. Bender, Trustees.   The Bender's are residents and citizens of Yellowstone County, Montana and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   The Benders' property, parcel numbers 0215400009 and 0215400003, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.   (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 6).

11.   Plaintiff Ronald Bender is a resident and citizen of Henry County, Illinois, United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   Ronald Bender's property, parcel numbers 0222200003 and 0215400001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 7).

12.   Plaintiff Francis G. Bestenlehner is a resident and citizen of Pinellas County, Florida, United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   Ms. Bestenlehners' property, parcel numbers 1113200007, and 1113200002 includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible

future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 8).

13. Plaintiff Bestenlehner Trust, Trustee Francis G. Bestenlehner, is a resident and citizen of Pinellas County, Florida and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. Bestenlehner Trust's property, parcel number 1113200004 includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 9).

14. Plaintiffs William H. Burket is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. William H. Burket's property, parcel number 0706100004, 0706100003, and 0706100001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 10).

15. Plaintiff Eby Land Company is a corporation that is registered to do business in the state of Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. Eby Land Company's property, parcel numbers 1112100007, 1112100005 and 111210001, includes the fee title to all that property

to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 11).

16.  Plaintiffs Mark B. and R. Beth Erb, husband and wife.  The Erb's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  The Erb's property, parcel numbers 0707226001, 0706400006, 0706400007 and 0706400001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 12).

17.  Plaintiffs Michael E. and Randa R. Fagen, husband and wife.  The Fagen's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  The Fagen's property, parcel numbers 0226400011, 0215132001 and 0226400012, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 13).

18.  Plaintiffs Dwight H. and Helen Fazel, husband and wife.   The Fazel's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   The

Fazel's property, parcel number 0215179001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 14).

19.  Plaintiff James B. Fox is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  James B. Fox 's property, parcel number 1102195001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 15).

20.  Plaintiff Anatasio Galvan is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Anatasio Galvan 's property, parcel number 0215133006, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 16).

21.  Plaintiffs Gale D. and Gloria J. Haldeman, husband and wife.  The Haldemans are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  The Haldemans' property, parcel number 0734400004, includes the fee title to all that property to

the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.   (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 17).

22.   Plaintiffs W. Berneice Hopkins and Jack Hopkins, husband and wife.   The Hopkinses are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. The Hopkins' property, parcel number 1112400006, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.   (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 18).

23.   Plaintiffs David L. and Brenda L. Jermier, husband and wife.   The Jermier's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   The Jermier's property, parcel number 1102270001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.   (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 19).

24.   Plaintiffs Jerry L. and Vicki S. Lage, husband and wife.   The Lage's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   The Lage's

property, parcel number 0215400010, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 20).

25.  Plaintiff Terry L. Massengill is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Mr. Massengill's property, parcel number 1102128009, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 21).

26.  Plaintiff Robin D. Miller is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   Robin D. Miller's property, parcel numbers 0707278004, 0707278003, 0707278006 and 0707278005, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 22).

27.  Plaintiffs Jack T. and Barbara J. Modlin, husband and wife.  The Modlin's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  The

Modlin's property, parcel numbers 0111100004, 0110200006 and 0110200005, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deeds evidencing ownership of the above described property on the date of the taking are attached as Exhibit 23).

28.  Plaintiffs Michael W. and Gwendolyn D. Needles, husband and wife.  The Needles' are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. The Needles' property, parcel number 1102266006, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 24).

29.  Plaintiff Petersen L.L.C. is doing business in the state of Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Petersen L.L.C's property, parcel numbers 1229400008, 1229400007, 1229100002, 1229200004 and 1229100004, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 25).

30.  Plaintiff Wilma Pollard is a resident and citizen of Boone County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the

taking, October 25, 2004.  Wilma Pollard's property, parcel number 1102476003, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 26).

31.  Plaintiff Kenneth J. Renfrow is a resident and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Kenneth J. Renfrow's property, parcel number 0735351013, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 27).

32.  Plaintiff Ginger Leann Riley-Burell is a resident and citizen of Boone County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Ginger Leann Riley-Burell's property, parcel numbers 0112100003 and 0112100004, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation.  (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 28).

33.  Plaintiff Sanemah Enterprises, Inc. is doing business in the state of Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.  Sanemah Enterprises, Inc's property, parcel number 1229400013,

includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 29).

34.   Plaintiffs Carl F. Schnoor and Harriet L. Schnoor Decedent's Trust, Trustee Sue Omestad are residents and citizen of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. Carl F. Schnoor and Harriet L. Schnoor Decedent's Trust's property, parcel numbers 0236100004, 0236100002 and 0236100001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 30).

35.   Plaintiff Spurgeon Manor, Inc. is doing business in the state of Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004.   Spurgeon Manor, Inc's property, parcel number 1102401010, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 31).

36.   Plaintiff Struyk's Slopes, Inc. is doing business in the state of Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. Struyk's Slopes, Inc.'s property, parcel number 0226200004, includes the

fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property on the date of the taking is attached as Exhibit 32).

37. Plaintiffs Marilyn C. Wasser Revocable Trust, Marilyn C. Wasser and J. Dean Wasser Trustees are residents and citizens of Sedgwick County, Kansas and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. Marilyn C. Wasser and J Dean Wasser Trustee and Marilyn C. Wasser Revocable Trust's property, parcel number 0236400001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 33).

38. Plaintiffs Max C. and Jeanne L. Wineland, husband and wife. The Wineland's are residents and citizens of Dallas County, Iowa and the United States of America who owned land adjacent to the railroad easement on the date of the taking, October 25, 2004. The Wineland's property, parcel number 1102402001, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the current deed evidencing ownership of the above described property and a copy of the chain of title search ownership on the date of the taking are attached as Exhibit 34).

39. Plaintiffs Randy O. and Sharon K. Wright, husband and wife. The Wright's are residents and citizens of Dallas County, Iowa and the United States of America who owned

land adjacent to the railroad easement on the date of the taking, October 25, 2004.   The

Wright's property, parcel number 0707226004, includes the fee title to all that property to the

centerline of the abandoned right-of-way that is now subject to the easement for an interim

trail and possible future railroad reactivation.   (A copy of the current deed evidencing

ownership of the above described property and a copy of the chain of title search ownership

on the date of the taking are attached as Exhibit 35).

40.   Plaintiff Frog Creek Ltd, representative Robert K. Tolle is a resident and citizen

of Dallas County, Iowa and the United States of America who owned land adjacent to the

railroad easement on the date of the taking, October 25, 2004.   Frog Creek Ltd.'s property,

parcel number 0209434003, includes the fee title to all that property to the centerline of the

abandoned right-of-way that is now subject to the easement for an interim trail and possible

future railroad reactivation.   (A copy of the current deed evidencing ownership of the above

described property and a copy of the chain of title search ownership on the date of the taking

are attached as Exhibit 36).

41.   On October 25, 2004, the Surface Transportation Board ("STB") issued a Notice

of Interim Trail Use ("NITU") relating to the Railroad Line.

42.   On or about January 21, 2008, UP and the Dallas County Conservation Board

reached a Trail Use Agreement, pursuant to which the Railroad Line was transferred

ultimately to the Iowa Natural Heritage Foundation, in order that the property may be used as

a public recreational trail for possible future activation as a railroad.

43.   But for operation of the Trails Act, the Plaintiffs would have the exclusive right to

physical ownership, possession and use of their property free of any easement for recreational

trail use or future railroad use.

44.  By operation of the Trails Act, the United States took Plaintiffs' property for which it is Constitutionally obligated to pay just compensation.

45.  Pursuant to Iowa law, when UP ceased operation of a railroad over the Plaintiffs' property and took steps demonstrating abandonment, the easement was abandoned and the Plaintiffs regained the right to use and possess their property free of any easement.

46.  The United States' actions damaged Plaintiffs by taking a portion of their property, by diminishing the value of the remaining property, and by attenuating delay damages based upon the delayed payment of compensation.

### COUNT II
### (CLASS ACTION)

47.  Plaintiffs incorporate by reference all prior paragraphs as if set forth in their entirety.

48.  The proposed class is so numerous that joinder of all members is impracticable. The proposed class will be made up of those fee landowners who owned parcels of property along the abandoned right-of-way on the date of the taking, October 25, 2004.  Prospective class members can be identified by a search of the records of the Dallas County Tax Assessor and Recorder of Deeds.  Through such a search, the Plaintiffs have determined that the right-of-way is comprised of over 395 individual parcels, with over 200 individuals or entities owning fee parcels along the right-of-way.

49.  The claims of the proposed class members involve the same or substantially similar questions of law and fact.  The principal issue in this case is whether the deprivation of the proposed class members' "reversionary" property rights resulting from the transfer of the Railroad Line to a third party for use as a public recreational trail under the Trails Act

constitutes a taking of the Plaintiffs' property for which "just compensation" is due under the Fifth Amendment to the United States Constitution.

50.  The claims of the Plaintiffs are typical of the claims of the proposed class.  The claims of the named Plaintiffs, as well as the claims of the proposed class members, arise from the same set of facts and are premised upon the same legal theories under Iowa state property law, federal statutory law and the Fifth Amendment to the United States Constitution.

51.  The Plaintiffs, as representative parties, will fairly and adequately protect the interests of the proposed class.  The named Plaintiffs and the proposed class members possess the same interest.  They have suffered the same or similar injury – deprivation of property rights.  Further, they seek the same remedy – just compensation.  Counsel for the class has: (a) experience in handling complex litigation; (b) knowledge of the applicable laws; and (c) adequate resources to commit to representing the class.  Counsel for the class has also performed extensive work in identifying and investigating the potential claims in this action.

52.  An opt-in class action is superior to all other methods of litigation based on the principals of judicial economy, consistency and uniformity of outcomes, conservation of litigation expenses, as well as certainty of the size of the proposed class.

53.  Plaintiffs further state that, in addition to the prerequisites for a class being met, a class action is maintainable pursuant to Fed. R. Civ. P. Rule 23(b).

WHEREFORE, Plaintiffs respectfully request a monetary judgment in favor of Plaintiffs representing the full fair market value of the property taken by the United States on the date it was taken, including severance damages, delay damages, interest, and costs and attorneys'

fees incurred by Plaintiffs and the class; for certification of the class; and for such further relief as this Court may deem just and proper.

BAKER STERCHI COWDEN & RICE, L.L.C.

Date:  February 15, 2010

By   /s/ Elizabeth McCulley
    Thomas S. Stewart
    Elizabeth G. McCulley
    2400 Pershing Road, Suite 500
    Kansas City, MO 64108
    (816) 471-2121
    (816) 472-0288 (facsimile)
    stewart@bscr-law.com
    mcculley@bscr-law.com
    baggott@bscr-law.com

    and

    Brent Baldwin
    Steven M. Wald
    J. Robert Sears
    1010 Market Street, Suite 950
    St. Louis, MO 63102-1708
    (314) 231-2925
    (314) 231-4857 (facsimile)
    baldwin@bscr-law.com
    wald@bscr-law.com
    sears@bscr-law.com

    ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 15th day of February, 2010 with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 15th day of February, 2010, to:

Frank James Singer
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 616-9409
(202) 305-0506 (facsimile)
frank.singer@usdoj.gov

ATTORNEY FOR DEFENDANT


/s/ Elizabeth McCulley
ATTORNEY FOR PLAINTIFFS