IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| STEVEN JENKINS, *et al.*,<br>for themselves and as representatives of a<br>class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 09-241L<br><br>Judge Nancy B. Firestone<br><br>*Electronically filed August 15, 2011* |

<u>UNITED STATES' PROPOSED FINDINGS OF UNCONTROVERTED FACT</u>

Pursuant to RCFC 56, the United States responds to Plaintiffs' proposed findings of fact in support of their motion for partial summary judgment (Docket Entry No. 45) as follows:

1.      The deed recorded at book S, page 232 of the records of the Dallas County Recorder recites the following granting clause: "That [grantors] in consideration of the sum of One Dollar, in hand paid by The Des Moines Valley Railroad Company of said State of Iowa do hereby sell and convey unto the said Des Moines Valley Railroad Company the following described premises situated in the County of Dallas and State of Iowa . . . ." Ex. 1.

2.      The deed recorded at book S, page 232 of the records of the Dallas County Recorder describes the depot grounds of the town of Dallas Center lying in the northwest quarter of section 2, Township 79, Range 27.  Ex. 1.

3.      The deed recorded at book S, page 233 of the records of the Dallas County Recorder recites the following granting clause:  "That [grantors] in consideration of the sum of One Dollar, in hand paid by The Des Moines Valley Railroad Company of said State of Iowa do hereby sell and convey unto the said Des Moines Valley Railroad Company the following described premises situated in the County Dallas and State of Iowa . . . ." Pls.' Proposed

Findings ¶ 146.y, Ex. I.25.

4.      The deed recorded at book S, page 234 of the records of the Dallas County Recorder recites the following granting clause:  "That [grantors] in consideration of the sum of One Dollar, in hand paid by The Des Moines Valley Railroad Company of said State of Iowa do hereby sell and convey unto the said Des Moines Valley Railroad Company the following described premises situated in the County Dallas and State of Iowa . . . ."  Ex. 2.

5.      The deed recorded at book S, page 234 of the records of the Dallas County Recorder describes the depot grounds of the town of Minburn lying in the southwest quarter of the northwest quarter of section 8, Township 80, Range 27.  Ex. 2.

6.      The deed recorded at book S, page 235 of the records of the Dallas County Recorder recites the following granting clause: "That [grantors] in consideration of the sum of five Dollars, in hand paid by The Des Moines Valley Railroad Company a corporation duly established under the laws of the State of Iowa do hereby sell and convey unto the said Des Moines Valley Railroad Company the following described premises situated in the County Dallas and State of Iowa . . . ."  Ex. 3.

7.      The deed recorded at book S, page 235 of the records of the Dallas County Recorder describes the depot grounds of the town of Perry lying in the southwest quarter of section 10 and the southeast quarter of section 9, Township 81, Range 28.   Ex. 3.

8.      The deed recorded at book 125, page 276 of the records of the Dallas County Recorder recites the following granting clause:  "[Grantors], for and in consideration of the sum of One hundred and Eighty (180) Dollars in hand paid by the [railroad company], the receipt whereof is hereby acknowledged have granted and sold and do by these presents Grant, Bargain, Sell, Convey and confirm unto the said [railroad company] its successors and assigns forever, the

following real estate, lying and being situated in the County of Dallas and State of Iowa . . . ."
Ex. 4.

9.      The deed recorded at book 125, page 276 of the records of the Dallas County
Recorder describes a tract of land lying in the northeast quarter of the northeast quarter of section
28, Township 80, Range 27.  Ex. 4.

10.      The parcel associated with claimant 10B abuts the rail corridor at a singular point,
but does not have a border that runs along the rail corridor.  Ex. 5.

11.      The parcel associated with claimant 15B adjoins the depot grounds at Dallas
Center, Iowa, not the 100-foot wide original right-of-way.  Ex. 6.

12.      A portion of the parcel associated with claimant 15D lies in the depot grounds at
Dallas Center, Iowa in the northwest quarter of section 2, Township 79, Range 27.  *Compare*
Pls.' Proposed Findings (D.E. 45) ¶ 30, Ex. 15D, *with* U.S. Proposed Findings ¶ 2.

13.      A strip of land separates the parcel associated with claimant 17 from the rail
corridor.  Ex. 7.

14.      A strip of land separates the parcel associated with claimant 22 from the rail
corridor.  Ex. 8.

15.      A strip of land separates the parcel associated with claimant 23 from the rail
corridor.  Ex. 9.

16.      A strip of land separates the parcel associated with claimant 24 from the rail
corridor.  Ex. 10.

17.      A strip of land separates the parcel associated with claimant 25 from the rail
corridor.  Ex. 11.

18.      A strip of land separates lots 1, 2, and 3 in block 30 of Huber and Vandercook's

Addition to Dallas Center from the depot grounds.  Ex. 12.

19.     Lots 8 through 12 in block 36 of Huber and Vandercook's Addition to Dallas Center adjoin depot grounds, not the original 100-foot wide right-of-way.  Ex. 13.

20.     Dallas County Assessor parcel numbers 1102195001 and 1102256001 separates the parcel associated with claimant 26C from the rail corridor.  Ex. 14.

21.     A portion of the parcel associated with claimant 27 lies in the northwest quarter of section 2, Township 79, Range 27.  *Compare* Pls. Proposed Findings of Fact (D.E. 45) ¶ 44, Ex. 27 (deed recorded at book 668, page 466), *with* U.S. Proposed Findings ¶ 2.

22.     A strip of land separates the parcel associated with claimant 28 from the rail corridor.  Ex. 15

23.     The parcel associated with claimant 28 lies across a strip of land from the depot grounds in Dallas Center in the northwest quarter of section 2, Township 79, Range 27. *Compare* Pls.' Proposed Findings (D.E. 45) ¶ 45, Ex. 28, *with* U.S. Proposed Findings ¶ 2.

24.     The parcel associated with claimant 29 adjoins and is part of the former depot grounds in Dallas Center, lying in the northwest quarter of section 2, Township 79, Range 27. *Compare* Pls.' Proposed Findings (D.E. 45) ¶ 46, Ex. 29, *with* U.S. Proposed Findings ¶ 2.

25.     A strip of land separates the parcel associated with claimant 30 from the rail corridor.  Ex. 16.

26.     A portion of the parcel associated with claimant 30 lies across a strip of land from the depot grounds in Dallas Center in the northwest quarter of section 2, Township 79, Range 27. *Compare* Pls.' Proposed Findings (D.E. 45) ¶ 47, Ex. 30, *with* U.S. Proposed Findings ¶ 2.

27.     A strip of land separates the parcel associated with claimant 32 from the rail corridor.  Ex. 17.

28.     A strip of land separates the parcel associated with claimant 33 from the rail corridor.  Ex. 18.

29.     A strip of land separates the parcel associated with claimant 35 from the rail corridor.  Ex. 19.

30.     A strip of land separates the parcel associated with claimant 36 from the rail corridor.  Ex. 20.

31.     A strip of land separates the parcel associated with claimant 39 from the rail corridor.  Ex. 21.

32.     The parcel associated with claimant 47G lies in the northeast quarter of the northeast quarter of section 28, Township 80, Range 27.  Pls.' Proposed Findings (D.E. 45) ¶ 71, Ex. 47G.  The northerly portion of this parcel is separated from the rail corridor by the tract of land described in that deed recorded as book 125, page 276 of the records of the Dallas County Recorder.  U.S. Proposed Findings ¶ 9, Ex. 4.

33.     A strip of land separates the parcel associated with claimant 58 from the rail corridor.  Ex. 22.

34.     The parcel associated with claimant 58 lies across a strip of land from the depot grounds in Minburn, Iowa, lying in the southwest quarter of the northwest quarter of section 8, Township 80, Range 27 West.  *Compare* Pls.' Proposed Finding (D.E. 45) ¶ 92, Ex. 58, *with* U.S. Proposed Findings ¶ 5.

35.     Dallas County Assessor parcel number 0706400004 separates the parcel associated with claimant 59K from the rail corridor.  Ex. 23.

36.     The parcel associated with claimant 105 lies in the southeast quarter of section 9, Township 81, Range 28, near the depot grounds of Perry, Iowa.  *Compare* Pls.' Proposed

Findings (D.E. 45) ¶ 140, Ex. 105, *with* U.S. Proposed Findings ¶ 7.

37.     The parcel associated with claimant 106 lies in the southeast quarter of section 9, Township 81, Range 28, near the depot grounds of Perry, Iowa.  *Compare* Pls.' Proposed Findings (D.E. 45) ¶ 141, Ex. 106, *with* U.S. Proposed Findings ¶ 7.

38.     A strip of land separates the parcel associated with claimant 108 from the rail corridor.  Ex. 24.

39.     A strip of land separates the parcel associated with claimant 109 from the rail corridor.  Ex. 25.

40.     A strip of land separates the parcel associated with claimant 110 from the rail corridor.  Ex. 26.

41.     The deed recorded at book Miscellaneous, page 423 of the records of the Dallas County Recorder recites the following granting clause:  "[Grantors] hereby sell and convey to the [railroad company] [] the right of way for said rail road as the same is located said right of way to be one hundred feet in width to be used for a single or double track for said Rail Road and for any other rail road purposes or uses: [legal description]."  Ex. 27.

42.     The deed recorded at book Miscellaneous, page 423 of the records of the Dallas County Recorder describes the southwest quarter of the northeast quarter and the northwest quarter of the northeast quarter of section 2, Township 79, Range 27.  Ex. 27.

43.     Union Pacific Railroad Company's predecessors-in-interest conveyed fee title to third parties for the depot grounds in Dallas Center, Iowa, including portions of the original 100-foot-wide right-of-way.  *See, e.g.,* Pls.' Proposed Findings (D.E. 45) ¶ 29, Ex. 15C (deed recorded at book 644, page 226, transferring title in northeast quarter of section 2, Township 79, Range 27 within the 100-foot wide original rail corridor and noting earlier conveyance from

Chicago and Northwestern Transportation Company).

44.     Dallas Center applied for and was granted $75,000 for Dallas County's acquisition of the rail corridor in Dallas Center.  Ex. 28.  In addition, Dallas County, upon obtaining title to the rail corridor, conveyed title to the rail corridor within Dallas Center to the city of Dallas Center.  Ex. 29.

DATED:  August 15, 2011                        Respectfully submitted,

                                               IGNACIA S. MORENO
                                               Assistant Attorney General
                                               Environment & Natural Resources Division

                                               By   _/s/ Frank J. Singer_____
                                               FRANK J. SINGER
                                               United States Department of Justice
                                               Environment & Natural Resources Division
                                               Natural Resources Section
                                               Post Office Box 663
                                               Washington, D.C. 20044-0663
                                               Tel:  (202) 616-9409
                                               Fax:  (202) 305-0506
                                               E-mail: frank.singer@usdoj.gov

                                               ATTORNEY FOR THE UNITED STATES

Exhibit 1
to U.S. Proposed Findings

# EXHIBIT 1

to United States' Proposed Findings of Fact

## DEED RECORD.

S, 232

| | |
|---|---|
| D. Percival Et al<br><br>To   WARRANTY DEED.<br><br>The D.V.R.R. Co | Entered for Taxation this 17" day of May A.D. 1871<br>J. Jenkins Auditor.<br>Filed for Record this 17" day of May A.D. 1871<br>at 9 o'clock, A.M. J. W. Corns Recorder.<br>_____ Deputy. |

### NOW ALL MEN BY THESE PRESENTS: That We George W Clark, Denman Percival &

Lucy S Percival his wife & Thomas Walton Jr & Mary S Walton his wife & Lemman a Percival of Polk County, and State of Iowa in consideration of the sum of One Dollars, in hand paid by The Des Moines Valley Railroad Company a corporation duly organized under the laws of the County, and State of Iowa do hereby sell and convey unto the said Des Moines Valley Rail Road Company the following described premises, situated in the County of Dallas and State of Iowa, to-wit:

That part of the following described premises lying in the North West quarter of Section 2, T. 79, R.37, West to wit Commencing at a point 743 70 feet East and 330 feet North of the center of Sec. 2-79-37, thence North 17°45' West, 395 feet, Thence North 36° West 1400 feet, Thence North 59°15' West 253 feet, thence South 54° West 100 feet thence South 27°30' East 238 feet Thence South 36° East 1400 feet, Thence South 41°30' East 318 feet, Thence North 54° East 100 feet to place of beginning. — It is the intention of the above description to cover area of the above instrument to convey that part of the town plot of Dallas Center lying in the North West quarter of Section 2-79-37. Known, occupied and recorded as the Depot Grounds of the Des Moines Valley Rail Road and recorded as Such in Village Record "C" Dallas County Records Except the croppings of the Sheets of Valley over said track

And We hereby covenant with the said Des Moines Valley Rail Road Company that We hold said premises by good and perfect title; that We had good right and lawful authority to sell and convey the same; that they are free and clear of all liens and incumbrances whatsoever; and We covenant to WARRANT AND DEFEND the said premises against the lawful claims of all persons whomsoever. And the said Lucy S Percival & Mary L Walton hereby relinquishes her right of dower in and to the above described premises.

Signed this 30" day of January A.D. 1870
IN PRESENCE OF

G. W. Clark
Denman Percival
Lucy L Percival
Thos Walton Jr
Mary L Walton
Lemman a Percival

U. S. REVENUE STAMP.
$3 00 G W C
Jan 30 1870

### STATE OF IOWA,
Polk County. ss.

On this 30" day of January A.D. 1870 before me, Geo F Walker a Notary Public within and for said County personally came Geo W Clark Denman Percival Lucy L Percival Thomas Walton Jr Mary S Walton and Lemman a Percival personally to me known to be the identical persons whose names are affixed to the above instrument as grantor, and severally acknowledged the execution of the same to be their voluntary act and deed for the purposes therein expressed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal at Des Moines on the date last above written.

Geo F Walker
Notary Public

Exhibit2
to U.S. Proposed Findings

# EXHIBIT 2

to United States' Proposed Findings of Fact

# DEED RECORD. S, 234

Daniel S Rogers _and wife_

To } WARRANTY DEED.

The D V R R Co

Entered for Taxation this _17"_ day of _May_ A. D. 18 _71_

_J. Jenkins_ _____ Auditor.

Filed for Record this _17"_ day of _May_ A. D. 18 _71_

at _9_ o'clock, _A.M._ _J. W. Evans_ _____ Recorder.

_____ Deputy.

CARTER, HUSSEY & CURL, MANUFACTURERS, DES MOINES.

## NOW ALL MEN BY THESE PRESENTS: That _W. Daniel S Rogers and_

_Ruth D Rogers his wife_

of _Dallas_ County, and State of _Iowa_ in consideration of the sum of

_One_ Dollars, in hand paid by

_The Des Moines Valley Railroad Company_

of _said_ County, and State of _Iowa_ do hereby sell and convey

unto the said _Des Moines Valley Railroad Company_

the following described premises, situated in the County of _Dallas_ and State of Iowa, to-wit:

The South West ¼ of the North West ¼ of Section 8 Township 8, Range 27, West, beginning four hundred and seventy eight feet North of the quarter post of Section 7 and 8 in said Township, thence South east on line parallel with the Des Moines Valley Railroad right of way 400 feet, thence to point of intersection of said right of way and south line of said forty, 478 feet, thence North West on said right of way line to the west line of said forty, thence South to place of beginning containing one and 22/100 acres more or less, and also in the same South West ¼ beginning 478 feet North of quarter post of said Sections said 7 and 8 thence South east in line parallel to the Des Moines Valley right of way 720 feet, thence to point of intersection of said right of way and the south line of said forty, thence North West on said right of way line to the east line of said forty, thence North to the place of beginning, containing 5/100 acres more or less being a portion of the same for station grounds of the Des Moines Valley Railroad and a part portion of the said station grounds out side of the right of way, of said Des Moine Valley Railway in said South West ¼ of North West quarter of Section 8, Township 8, Range 27 West, a portion of said grounds for station being on Section 8 and a part on Section 7, in said Township, as said station grounds are surveyed, staked out, located,

And _We_ hereby covenant with the said _Des Moines Valley Rail Road Company_

that _We_ hold said premises by good and perfect title; that _We_ _____ has good right and lawful authority to sell and convey the same;

that they are free and clear of all liens and incumbrances whatsoever; and _We_ _____ covenant to WARRANT AND DEFEND the said

premises against the lawful claims of all persons whomsoever. And the said _Ruth D Rogers wife of Daniel D S Rogers_

hereby relinquishes her right of dower in and to the above described premises.

Signed this _twelfth_ day of _April_ A. D. 186 _9_

IN PRESENCE OF

_Danl S Rogers_

_Ruth D Rogers_

STATE OF IOWA, }
_Dallas_ County. } SS.

U. S. REVENUE STAMP.

$50

On this _twelfth_ day of _April_ A. D. 18 _9_ before me,

_Samuel Edmundson_ a _Justice of the Peace_ within and for said County

personally came _the within named Danl S & Ruth D Rogers_

personally to me known to be the identical person _s_ whose names _are_ affixed to the above instrument as grantor _s_ and severally

acknowledged the execution of the same to be _their_ voluntary act and deed for the purposes therein expressed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal at _Organ Grove Dallas Co Iowa_

on the date last above written.

_Samuel Edmundson_

_Justice of the Peace_

Exhibit 3
to U.S. Proposed Findings

# EXHIBIT 3

to United States' Proposed Findings of Fact

S, 235

# DEED RECORD.

Harvey & J.H. Willis & wives

To     WARRANTY DEED.

The D.V.R.R. Co.

| | |
|---|---|
| Entered for Taxation this 17 day of May A.D. 18/1 | |
| J Perkins _____ Auditor. | |
| Filed for Record this 17 day of May A.D. 18/1 | |
| at 9 o'clock, A.M.   J W Evans _____ Recorder. | |
| _____ Deputy. | |

CARTER, HUSSEY & QUINL, MANUFACTURERS, DES MOINES.

## NOW ALL MEN BY THESE PRESENTS: That W. Harvey Willis and Eliza
J Willis his wife and J.H. Willis & H.J. Willis his wife
of Dallas and Polk County, and State of Iowa in consideration of the sum of
Five Dollars, in hand paid by
The Des Moines Valley Railroad Company a corporation duly established under the
of Laws of the County, and State of Iowa do hereby sell and convey
unto the said Des Moines Valley Railroad Company
the following described premises, situated in the County of Dallas and State of Iowa, to-wit:
Commencing at a point 492 70/100 feet East and 198 70/100 feet North of the South West corner of Section
10. Town. 81 Range 28 West. thence N. 35° West 179.6 feet, thence North 55 ft. thence
N. 56° East 106 feet. thence S. 59°45' East 270 ft. thence S. 35° East 1660 feet
thence S. 10°45' East 272 ft. thence N. 62°45' West 207 feet. thence N. 30°30'
West 112 ft. to the place of beginning. It is the intention of the above description
to cover and a of the above instrument to convey, that part of the town plat
of the Town of Perry, known & occupied and accrued as the Depot Grounds
of the Des Moines Valley Railroad and vacated as such on the recorded
plat of said town recorded in Village Record "6" page 287,
Dallas County Records

And We hereby covenant with the said D. E. Moines Valley Railway Company
that We hold said premises by good and perfect title; that We has good right and lawful authority to sell and convey the same;
that they are free and clear of all liens and incumbrances whatsoever; and We covenant to WARRANT AND DEFEND the said
premises against the lawful claims of all persons whomsoever. And the said Eliza J Willis and H J Willis
hereby relinquishes her right of dower in and to the above described premises.

Signed the 22 day of January A.D. 1870

IN PRESENCE OF

Harvey Willis
Eliza J Willis
J.H. Willis
H.G. Willis

## STATE OF IOWA,
Dallas County.   ss.

U. S. REVENUE STAMP.
$ 50 W H J W
Jan 22 1870

On the 22 day of January A.D. 1870 before me,
Linsey Willis a Notary Public within and for said County
personally came Eliza J Willis Harvey Willis H Willis and H J Willis
personally to me known to be the identical persons whose names are affixed to the above instrument as grantors and severally
acknowledged the execution of the same to be their voluntary act and deed for the purposes therein expressed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal at Perry Iowa
on the date last above written.

Linsey Willis
N.P.

Exhibit 4
to U.S. Proposed Findings

# EXHIBIT 4

to United States' Proposed Findings of Fact

Case 1:10-cv-00021-NBF Document 60 Filed 08/15/11 Page 15 of 40

125, 276

Carter & Hussey, Manufacturers, Des Moines, Iowa

Fred Knosby & Wife
&
C.R.I. & P. Ry Co.
} W.D.

FILED FOR RECORD
the 9th day of Jany
1895 at 11 40 O'Clock A. M.
W. Cole
RECORDER.

This Deed of Bargain and Sale, Made and executed this fifteenth day of October A.D. 1894, by and between Fred Knosby and Heneretta Knosby of the County of Dallas and State of Iowa, of the first part, and the Chicago, Rock Island & Pacific Railway Company a corporation under the laws of the State of Illinois and Iowa, of the second part, Witnesseth: That the said parties of the first part, for and in consideration of the sum of One hundred and Eighty — (180) — Dollars, in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged have granted and sold and do by these presents Grant, Bargain, Sell, Convey and confirm unto the said second party, its successors and designs forever, the following real estate, lying and being situated in the County of Dallas and State of Iowa to-wit:

A piece of land containing three (3) acres situated in the north east quarter of the north east quarter of Section twenty eight (28) in township eighty (80) north of range twenty seven (27) west, comprised within the following metes and bounds, to-wit:

Beginning at the point of intersection of the north line of said section twenty eight (28) with the west line of the right of way of the Des Moines & Fort Dodge Railroad now leased by said party of the second part, which said right of way is fifty (50) feet in width on each side of the center line of said Railroad as located as constructed. said point being sixty two and seven tenths (62 7/10) feet west of such center line measured on said north line of said section;

Thence west on said north line of said section two hundred and seventy six and six tenths (276 6/10) feet;

Thence south eastwardly parallel with said center line of said Railroad five hundred and eighty and eight tenths (580 8/10) feet;

Thence east and parallel with said north line of said section two hundred and seventy six and six tenths (276 6/10) feet to the said west line of said right of way of said Des Moines and Fort Dodge Railroad;

And thence North westwardly, along said west line of said right of way five hundred and eighty and eight tenths (580 8/10) feet to the place of beginning

Exhibit 5
to U.S. Proposed Findings

# EXHIBIT 5

to United States' Proposed Findings of Fact



Exhibit 6
to U.S. Proposed Findings

# EXHIBIT 6

to United States' Proposed Findings of Fact

# HUBER AND VANDERCOOKS ADDITION
## TO
## DALLAS CENTRE
### DALLAS COUNTY
### IOWA



For Replat of Sw 1/4 Block 45 see
Plat Book 2 Page 52
For Vacating part of Railroad &t see Book 435 page 118 & 426 page 220



Exhibit 7
to U.S. Proposed Findings

# EXHIBIT 7

to United States' Proposed Findings of Fact



Exhibit 8
to U.S. Proposed Findings

# EXHIBIT 8

to United States' Proposed Findings of Fact

# HUBER AND VANDERCOOKS ADDITION
## TO
# DALLAS CENTRE
### DALLAS COUNTY
### IOWA



For Replat of SW 1/4 Block 45 see
Plat Book 2 Page 52
For Vacating part of Railroad St see Book 435 page 118 & 426 page 220



Exhibit 9
to U.S. Proposed Findings

# EXHIBIT 9

to United States' Proposed Findings of Fact



# HUBER AND VANDERCOOKS ADDITION
## TO
## DALLAS CENTRE
### DALLAS COUNTY
### IOWA

*For Replat of Sw 1/4 Block 45 see*
*Plat Book 2 Page 52*
*For Vacating part of Railroad St See Book 435 page 118 & 424 page 220*



Exhibit 10
to U.S. Proposed Findings

# EXHIBIT 10

to United States' Proposed Findings of Fact



HUBER and VANDERCOOKS ADDITION
TO
DALLAS CENTRE
DALLAS COUNTY
IOWA

For Replat of SW 1/4 Block 45 see
Plat Book 2 Page 52
For Vacating part of Railroad St see Book 435 page 118 & 426 page 220



Exhibit 11
to U.S. Proposed Findings

# EXHIBIT 11

to United States' Proposed Findings of Fact

# HUBER AND VANDERCOOKS ADDITION
## *TO*
## DALLAS CENTRE
### DALLAS COUNTY
### IOWA



For Replat of Sw ¼ Block 45 see
Plat Book 2 Page 52
For Vacating part of Railroad St see Book 435 page 118 & 426 page 220



Exhibit 12
to U.S. Proposed Findings

# EXHIBIT 12

to United States' Proposed Findings of Fact

# HUBER AND VANDERCOOKS ADDITION
## TO
## DALLAS CENTRE
### DALLAS COUNTY
### IOWA



For Replat of Sw 1/4 Block 45 see
Plat Book 2 Page 52
For Vacating part of Railroad St see Book 435 page 118 & 426 page 220

Exhibit 13
to U.S. Proposed Findings

# EXHIBIT 13

to United States' Proposed Findings of Fact

# HUBER and VANDERCOOKS ADDITION
## TO
## DALLAS CENTRE
### DALLAS COUNTY
### IOWA



For Replat of SW ¼ Block 45 see
Plat Book 2 Page 52
For Vacating part of Railroad see Book 435 page 118 & 426 page 220

Exhibit 14
to U.S. Proposed Findings

# EXHIBIT 14

to United States' Proposed Findings of Fact

