Exhibit 15
to U.S. Proposed Findings

# EXHIBIT 15

to United States' Proposed Findings of Fact

# DALLAS CENTRE

## DALLAS COUNTY
### IOWA

abbott · tisol · dott

LAUREL

MAPLE

ASH

WALNUT

MOUND Park

SYCAMORE

CHERRY

VINE

LINDEN

DEPOT



Exhibit 16
to U.S. Proposed Findings

# EXHIBIT 16

to United States' Proposed Findings of Fact

# DALLAS CENTRE

abbott cristol dott



Exhibit 17
to U.S. Proposed Findings

# EXHIBIT 17

to United States' Proposed Findings of Fact

# DALLAS CENTRE

## DALLAS COUNTY
### IOWA

abbott  abbot  abbott



Exhibit 18
to U.S. Proposed Findings

# EXHIBIT 18

to United States' Proposed Findings of Fact

DALLAS CENTRE

DALLAS COUNTY
IOWA



Exhibit 19
to U.S. Proposed Findings

# EXHIBIT 19

to United States' Proposed Findings of Fact

# DALLAS CENTRE

DALLAS COUNTY
IOWA

*abbott Ariel dell*

LAUREL

MAPLE

ASH

WALNUT

MOUND Park

SYCAMORE

CHERRY

VINE

LINDEN



Exhibit 20
to U.S. Proposed Findings

# EXHIBIT 20

to United States' Proposed Findings of Fact

# DALLAS CENTRE

DALLAS COUNTY
IOWA

abbott   critol cloll

LAUREL

MAPLE

ASH

WALNUT

MOUND Park

SYCAMORE    St

CHERARY    St

VINE

LINDEN    St

PERCCETOWN

KELLOGG



Exhibit 21
to U.S. Proposed Findings

# EXHIBIT 21

to United States' Proposed Findings of Fact

# DALLAS CENTRE

DALLAS COUNTY
IOWA

LAUREL

MAPLE

ASH

WALNUT

MOUND Park

SYCAMORE St

CHERRY

VINE

LINDEN



Exhibit 22
to U.S. Proposed Findings

# EXHIBIT 22

to United States' Proposed Findings of Fact



360



Exhibit 23
to U.S. Proposed Findings

# EXHIBIT 23

to United States' Proposed Findings of Fact



Exhibit 24
to U.S. Proposed Findings

# EXHIBIT 24

to United States' Proposed Findings of Fact



MAP
of
PERRY
DALLAS COUNTY
IOWA



Exhibit 25
to U.S. Proposed Findings

# EXHIBIT 25

to United States' Proposed Findings of Fact



MAP
of
PERRY
DALLAS COUNTY
IOWA



Exhibit 26
to U.S. Proposed Findings

# EXHIBIT 26

to United States' Proposed Findings of Fact



MAP
of
PERRY
DALLAS COUNTY
IOWA



Exhibit 27
to U.S. Proposed Findings

# EXHIBIT 27

to United States' Proposed Findings of Fact

123

Denman Percival Etal    In consideration of One Dollar
the receipt whereof is hereby
D V R R Co.    acknowledged we Denman Percival
& Lucy L Percival his wife
Thomas Hatton Jr & Mary S Hatton his wife & Fernando
Percival hereby sell and convey to the Des Moines Valley
Rail Road Company a corporation duly organ-
ized under the laws of the State of Iowa and the right of
way for said rail road as the same is located said right of way
to be one hundred feet in width to be used for a single
or double track for said Rail Road and for any other
rail road purposes or uses Over and across the following
described tracts in the County of Dallas & State of
Iowa the South West 1/4 of the North East 1/4 the North West
1/4 of the North East 1/4 of Section No Two (2) Township
Seventy nine (79) Range Twenty seven (27) West
Intending hereby only to quit Claim all right title and
interest which we now or hereafter may acquire
in said One hundred feet over and across said lands
Witness our hands this 18th day of December A.D. 1868

Denman Percival
Lucy L. Percival
Thos   Hatton Jr
Mary L. Hatton
Fernando A. Percival

State of Iowa
Dallas County    Be it known that
on the 28th day of January A.D. 1868 before the undersigned
a Notary Public in and for said County personally appeared
Denman Percival Lucy L. Percival his wife Thomas Hatton Jr
& Mary S Hatton his wife & Fernando Percival who are
personally known to me to be the identical persons whose
name are affixed to the foregoing deed of right of way as
grantors and acknowledged the same to be her voluntary
act and deed   Witness my hand and Notarial Seal day
and year above written

L. J. Hamlin
Notary Public

Exhibit 28
to U.S. Proposed Findings

# EXHIBIT 28

to United States' Proposed Findings of Fact

REAP Grant #06-R4-NQ

DEPARTMENT OF NATURAL RESOURCES
RESOURCE ENHANCEMENT AND PROTECTION FUND

*GRANT AGREEMENT-ACQUISITION*

GRANTEE:                    CITY OF DALLAS CENTER
PROJECT TITLE:              UNION PACIFIC RAILROAD TRAIL SYSTEM
CONTACT PERSON:             SHIRLEY PETERSEN            515-992-3725
GRANT AWARD:                $75,000.00
DNR CONTACT/PHONE #:        Kathleen Moench             515-281-3013

1.  PURPOSE. The purpose of this REAP Acquisition Grant Agreement is to enable the Iowa Department of Natural Resources (DNR), acting for the State of Iowa, to assist the CITY OF DALLAS CENTER (Grantee) in the acquisition of land for the enhancement and protection of open space areas.

2.  PARTIES/AUTHORITY. The parties to this Grant Agreement are the DNR, an agency of the State of Iowa, and the CITY OF DALLAS CENTER. The parties make this Grant Agreement pursuant to 1989 Iowa Code Supplement Section 455A.19(1)(a), which authorizes the Natural Resource Commission to spend certain state funds appropriated for projects to enhance and protect open spaces.

3.  GENERAL DESCRIPTION OF PROJECT LANDS. This Grant Agreement is for your project described as:

    ACQUISITION OF 26 ACRES FROM UNION PACIFIC TO CONNECT WAUKEE TO DAWSON BY TRAIL, DALLAS CENTER, DALLAS COUNTY, IOWA.

4.  GRANT AWARD AND REIMBURSEMENTS. The DNR will provide 100 percent of the acquisition costs up to a maximum amount of $75,000.00.

    A.  Included with this grant agreement are appraisal guidelines, and a groundwater hazard statement form which needs to be filed with the county recorder for each property purchased. Please submit the appraisal(s) and groundwater hazard statement(s) as soon as possible to:

        REAP Grant Coordinator, Budgets & Finance Bureau
        Iowa Department of Natural Resources
        Wallace State Office Building
        E. 9th & Grand
        Des Moines, Iowa 50319

    B.  Upon written approval of the appraisal(s), 100 percent advance reimbursement of the grant award may be requested by submitting a letter of request and the following documents:

        •  title opinion showing title is clear and marketable;
        •  offer to buy.

281-5973 Ross Harrison

REAP Grant #06-R4-NQ

C. The following documents are required upon completion of the grant:

- a legal description of the property;
- copy of the recorded deed naming the grantee as owner;
- copy of the recorded groundwater hazard statement(s);
- copy of the recorded "Notice of Use Restriction" document (see DNR Contract for details);
- copies of billings and canceled checks for the acquisition;
- final report, to include a description of the completed project and efforts made to procure goods and services from Targeted Small Businesses (TSBs).

5. ACQUISITION COSTS EXPLAINED. Acquisition costs include the lesser of the cost or value of the project lands, and the lesser of the cost or value of acquisition services as follows:

A. Cost/Value of Project Lands. Acquisition costs include the lesser of the purchase price paid for the project lands by the grantee, or their fair market value established by an appraisal approved by the DNR.

B. Cost/Value of Acquisition Services. Acquisition costs also include the lesser of the price paid by the grantee for acquisition services, or the fair market value of such services based on a written valuation approved by the DNR. Acquisition services include appraisals, surveys, abstracting, and other miscellaneous services reasonably required for acquisition of the project lands.

C. Notwithstanding subparagraphs 5a and 5b, the DNR will not cost-share more than the appraised fair market value of any part of the project lands, and will not cost-share more than the substantiated fair market value of any acquisition services.

6. RESPONSIBILITIES. The grantee is solely responsible for closing the acquisition transaction, recording the transaction and Notice of Use Restriction with the appropriate county recorder. The grantee will make a concerted effort to procure goods and services from Targeted Small Businesses (TSBs) during the performance of this Grant Agreement. The DNR may provide assistance at the request of the grantee, or at the Director's recommendation.

The grantee may choose at its own risk to acquire title to portions of the project lands if necessary to avoid expiration of an offer to sell or to facilitate fund raising, after obtaining a written waiver of retroactivity from the department.

7. AMENDMENTS. This Grant Agreement may be amended only by written ADDENDA signed and dated by the DNR Director or DNR REAP coordinator. Requests for amendments shall be directed to the DNR REAP coordinator.

8. EFFECTIVE DATE/TERMINATION. This Grant Agreement shall become effective when it has been signed and dated by the DNR Director and the grantee. All work specified in the project proposal will be completed by DECEMBER 31, 2007.

REAP Grant #06-R4-NQ

9. <u>AVAILABILITY OF FUNDS.</u> If funds anticipated for the continued fulfillment of this agreement are at any time not forthcoming or insufficient, either through the failure of the State of Iowa to appropriate funds, or discontinuance or material alteration of the program under which funds were provided, then the Department shall have the right to terminate the agreement without penalty.

10. By signing this Grant Agreement, the grantee agrees to the terms and conditions set forth in this agreement and all attachments listed below:

- the REAP "General Provisions" (State rules included with application form);
- the appraisal guidelines;

01-77-06
Date

Liz Christiansen, Deputy Director
Iowa Department of Natural Resources

426004457
Fed ID #

Grantee Signature, Mayor or County Board Director

Mitch Hambleton—Dallas Center Mayor
Print Name, Mayor or County Board Director

Exhibit 29
to U.S. Proposed Findings

# EXHIBIT 29

to United States' Proposed Findings of Fact

## Office of the Assessor - Dallas County, Iowa - Parcel: 11-02-100-003

### Summary

| | |
|---|---|
| **Parcel # (Map ID)** | 11-02-100-003 |
| **Tax District** | 560-000 DALLAS CENTER-DCG |
| **Map Area** | DALLAS CENTER CORP |
| **Deed Holder** | DALLAS CENTER, IOWA, CITY OF |
| **Contract** | |
| **Address** | |
| **Brief Legal** | PART OF PARCEL Z SE, NE, & NW |
| **Sec-Twp-Rng** | 002-079-027 |
| **Subdivision** | |
| **School District** | DALLAS CENTER-GRIMES |
| NOTE: Legal descriptions on the web may have been shortened for computer purposes, therefore, they cannot be used for legal matters. Please contact the proper office for full legal descriptions. | |

### Valuation

| Date | Class | Land | Dwelling/Improvements | Ag Bldgs. | Total |
|---|---|---|---|---|---|
| 2011 | R | $10 | $0 | $0 | $10 |
| 2010 | R | $10 | $0 | $0 | $10 |

### Images



GeoDallas
Google Map
Bing Map

## Sketches

## Owner(s)

| Entity # | Name | Mailing Addr. |
|---|---|---|
| 001277100 | DALLAS CENTER, IOWA, CITY OF~07/01/2009~ Current Deed Holder | 1502 Walnut St Dallas Center, IA 50063- |
| 001289001 | DALLAS COUNTY, IOWA~03/25/2008~07/01/2009 Prior Deed Holder | Po Box 265 Adel, IA 50003- |

## Land

| Lot Basis | Square Feet | Acres |
|---|---|---|
| Lump Sum | 530,125 | 12.17 |

NOTE: See GeoDallas For Actual Size & Dimensions

## Parcel Notes

| Notes |
|---|
| 07/02/2009 - FOR 2009 SPLIT FROM PARCEL 11-02-100-002 PER SURVEY 07/16/2008 BOOK 2008 PAGE 9889. PH |

## Sales

| Date | Amount | NUTC | Recording | Remarks |
|---|---|---|---|---|
| 02/17/2009 | $69,287 | 1 QUIT CLAIM DEED | 2009-2060 | INCLUDES PARCELS 07-35-300-003, 11-01-300-017, 11-02-100-002,003,004, 1112100011 |

## Tax Information

| Year Payable | Receipt Number | 100% Value | Rollback Value | Net Taxes | Credits Homestead | Credits Military | Credits FamilyFarm | Credits AgLand | Credits Elderly |
|---|---|---|---|---|---|---|---|---|---|
| 2011/2012 | 23471 | $0 | $0 | $0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2010/2011 | 23423 | $0 | $0 | $0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Real Estate Liabilities

| Year Payable | Receipt Number | 1st Half Due | 1st Half Paid | 2nd Half Due | 2nd Half Paid | Assessment Year |
|---|---|---|---|---|---|---|
| 2011/2012 | 23471 | $0 | $0 | $0 | $0 | 2010 |
| 2010/2011 | 23423 | $0 | $0 | $0 | $0 | 2009 |

## Deed Information

| Grantor/Grantee Type Name | Book Page | Recorded Date | Instrument Date | Doc# |
|---|---|---|---|---|
| Grantor DALLAS COUNTY<br>Grantee CITY OF DALLAS CENTER<br>Grantee DALLAS CENTER CITY OF | 2009 2060 | 02/18/2009 | 02/17/2009 | 2060 |
| Grantor JOENS DAVE L<br>Grantor SNYDER & ASSOCIATES<br>Grantor DALLAS COUNTY<br>Grantor CITY OF DALLAS CENTER<br>Grantor DALLAS CENTER CITY OF | 2008 9889 | 07/16/2008 | 07/15/2008 | 9889 |

| | | | | |
|---|---|---|---|---|
| Grantor ADEL TOWNSHIP<br>Grantor SUGAR GROVE TOWNSHIP | | | | |
| Grantor IOWA NATURAL HERITAGE FOUNDATION<br>Grantee DALLAS COUNTY | 2008<br>1002 | 01/24/2008 | 01/22/2008 | 1002 |
| Grantor UNION PACIFIC RAILROAD COMPANY<br>Grantee IOWA NATURAL HERITAGE FOUNDATION | 2008<br>903 | 01/23/2008 | 12/21/2007 | 903 |
| Grantor UNION PACIFIC RAILROAD COMPANY<br>Grantee IOWA NATURAL HERITAGE FOUNDATION | 2008<br>449 | 01/11/2008 | 12/21/2007 | 449 |

Disclaimer: Every effort is made to insure accurate information is posted to the site. However, the Dallas County
Assessor Office does not warrant or guarantee the accuracy, reliability or timeliness of the content on this
site or content which is referenced by or linked to this site.

Dallas County Courthouse || 801 Court Street || Adel, IA 50003
Phone: 515.993.5802 Fax: 515.993.5822

