IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| STEVEN JENKINS, *et al.*, <br> for themselves and as representatives of a <br> class of similarly situated person, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) Case No. 09-241L <br> ) <br> ) Judge Nancy B. Firestone <br> ) <br> ) *Electronically filed on November 30, 2012* <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION TO SUPPLEMENT RECORD
ON PENDING CROSS-MOTION FOR SUMMARY JUDGMENT

The United States moves to supplement the evidence proffered in support of the pending cross-motions for summary judgment to proffer three deeds that have been located since the November 14, 2012, oral argument. Two of the deeds involve the rail corridor and real property in Perry, Iowa. The third deed involves the depot grounds and rail corridor in Dallas Center, Iowa. The United States proffered these three deeds to Plaintiffs and suggested including them with the joint status report that is due December 3, 2012. Plaintiffs object to the inclusion of the deeds. Because the deeds are relevant to the pending cross-motions and the outstanding fee title issues that this Court will resolve, the United States submits that it is appropriate for the Court to consider the three deeds in its forthcoming summary judgment order.

Town of Perry: Plaintiffs argue in their second cross-motion that the entire town of Perry was the subject of a condemnation recorded at book F, page 123 and that a deeded easement was conveyed by deed recorded at book Misc, page 451 affecting section 10 in the town of Perry. Pls.' 2d Cross-Mot. 26 n.25 (ECF No. 84). Plaintiffs assert, however, that both of these deeds were missing from the County Recorder's office. *Id.* Plaintiffs are mistaken and their

characterization of book F, page 123 and book Misc, page 451 is inaccurate. Copies of these deeds are attached as U.S. Exhibits 52 and 53, respectively. Book F, page 123 is a sheriff's deed that conveys fee title to the railroad to various lots within the town of Perry. U.S. Ex. 52. Contrary to Plaintiffs' assertion, this deed is not a record of condemnation, but evidence that the railroad purchased fee title to land at public auction. *Id.* Book Misc, page 451 is a deeded easement that describes section 9, not section 10. Ex. 53. Hence, neither party has been able to locate a source deed evincing Union Pacific's ownership interest in the rail corridor for claims 97.B, 97.C, and 97.D, which lie in section 10 in Perry, Iowa beyond the depot grounds. To the extent that book Misc, page 451 overlaps with the later fee conveyance of book S, page 235, the earlier easement extinguished and merged into the railroad's fee ownership. *See* U.S. 2d Cross-Mot. 5 (ECF No. 93) (citing *Marshall Ice Co. v. La Plant*, 111 N.W. 1016, 1019 (Iowa 1907) ("No easement exists so long as there is unity of ownership, because the owner of the whole may, at any time, rearrange the qualities of the several parts."), *quoted in Feilharber v. Swiler*, 212 N.W. 417, 418 (Iowa 1927)).

      <u>Town of Dallas Center</u>:  The depot grounds in Dallas Center lie in the northeast quarter of section 2 and the northwest quarter of section 2, with 13th Street dividing the two quarter sections. U.S. Cross-Mot. 15 n.8 (ECF No. 58); U.S. Ex. 54 (attached) (demonstrative exhibit). The United States explained in its original cross-motion that the fee deed for depot grounds in Dallas Center described the entirety of the depot grounds (i.e., those portions of the depot grounds in the northwest quarter of section 2 and the northeast quarter of section 2), but then limited the conveyance to the northwest quarter of section 2. U.S. Cross-Mot. 15 n.8 (ECF No. 58); *id.*, Appx. C n.1. *See* Nov. 14, 2012, Hrg. Tr. 37:15-38:12. Following the November 14, 2012, oral argument in this case, Dallas County provided a copy of a sheriff's deed recorded at

book 11, page 302. U.S. Ex. 55 (attached). Book 11, page 302 conveys to the Des Moines Valley Railroad the entire west half of the northeast quarter of section 2 (i.e., not just the depot grounds in the northeast quarter of section 2). *See id.* ("[Sheriff] do[es] hereby sell and convey unto [the railroad] the following described real estate . . . . Also W 1/2 of NE 4 Sect. 2-79-27 for $25.00"). This granting clause conveys fee title under Iowa law. *See* U.S. 2d Cross-Mot. 4-5 (ECF No. 93) (citing *Lowers v. United States*, 663 N.W.2d 408, 410-11 (Iowa 2003)). Any earlier conveyance of an easement in the west half of the northeast quarter of section 2 extinguished and merged into the later fee conveyance. *See* U.S. 2d Cross-Mot. 5 (ECF No. 93) (citing *Marshall Ice*, 111 N.W. at 1019, *quoted in*, *Feilharber*, 212 N.W. at 418). Further, Plaintiffs' argument that section 327G.76 applies to land the railroad owns in fee, Nov. 14, 2012, Hrg. Tr. 19:23-20:3, is without merit, because "[t]he statutory revisionary provisions [of Iowa Code §§ 327G.76 and 327G.77] are inapplicable when a railroad has acquired a fee simple in the right-of-way." *Butler v. Hoover Nature Trail, Inc.*, 530 N.W.2d 85, 89 (Iowa Ct. App. 1994) (citing *Notelzah, Inc. v. Destival*, 489 N.W.2d 744, 746 (Iowa 1992)), *cited in* U.S. Cross-Mot. 26 n.11 (ECF No. 58). *See* Nov. 14, 2012, Hrg. Tr. 14:19-20:4, 35:25-36:12. The fee conveyance of the west half of the northeast quarter of section 2 (Ex. 55 (attached)), coupled with the fee conveyance of the depot grounds in the northwest quarter of section 2 (Ex. 1 (ECF No. 60)), frustrates the following outstanding claims: 15.B, 15.C, 15.D, 26.A, 27, and 29. In addition, these fee conveyances frustrate those portions of claim 15.F adjoining the depot grounds in Dallas Center, as well as the rail corridor beyond the depot grounds in the west half of the northeast quarter of section 2 (i.e., south and east of the depot grounds). *Compare* Pls.' 3d Proposed Findings, Ex. A (ECF No. 92-1), *with* U.S. Ex. 54 (attached) (demonstrative exhibit).

For these reasons, the United States respectfully requests that the Court grant this motion to supplement the evidentiary record relating to the United States' pending cross-motion for summary judgment and consider the relevant argument pertaining to this new evidence set forth above.

DATED:  November 30, 2012            RESPECTFULLY SUBMITTED,

                                                         IGNACIA S. MORENO
                                                         Assistant Attorney General
                                                         Environment & Natural Resources Division

                                                         By   */s/ Frank J. Singer*
                                                         FRANK J. SINGER
                                                         United States Department of Justice
                                                         Environment & Natural Resources Division
                                                         Natural Resources Section
                                                         Post Office Box 7611
                                                         Washington, D.C. 20044-7611
                                                         Tel: (202) 616-9409
                                                         Fax: (202) 305-0506
                                                         E-mail:  frank.singer@usdoj.gov

                                                         ATTORNEY FOR THE UNITED STATES

<u>Exhibit 52</u>
to U.S. 2d Cross-Mot. for Summary Judgment

# EXHIBIT 52
to U.S. 2d Cross-Motion for Summary Judgment

Book F Page 123

Sheriff of Dallas County } This Indenture made the 17" day of June
        To        } AD 1872 by and between A N Haines Sheriff
D M N & R R Co } of Dallas County Iowa of the first part and
              } Des Moines Navigation and Rail Road Company
of the State of Iowa of the second part Witnesseth
That Whereas by virtue of General Execution directed to
A N Haines the then acting Sheriff of Dallas County
Iowa dated the 29" day of April AD 1872 and issued out
of the Clerks office of the Circuit Court of the State of Iowa in
and for Polk County under the Seal of said Court upon
a judgment rendered in said Circuit Court on the 7"
day of July A.D. 1871 in favor of the Des Moines Navigation
and Rail Road Company and against the Des Moines
Valley Rail Road Company for the sum of Twenty Seven
Thousand Seven Hundred and two (27,702.00) Dollars
debt and One Hundred and three & 70/100 (103.70) dollars costs
the said A N Haines Sheriff as aforesaid did on the 1st day
of May AD 1872 levy upon the Real Estate hereafter
described as the property of the said Des Moines Valley Rail
Road Company Defendant to satisfy the said Execution
amounting to Twenty Seven Thousand Seven Hundred
and two (27,702 00/100) Dollars debt and One Hundred and three
& 70/100 (103.70/100) Dollars costs together with interest and accruing
costs and whereas the said A N Haines Sheriff as aforesaid
gave four weeks Notice of the time and place of selling said
Real Estate under said Execution by posting up printed
and written Notices thereof at three public places in said
Dallas County one of which was at the Court House in
Adel where the last District Court was held and by causing
the publication of said Notice to be made in the Dallas County
Gazette a News paper printed at Adel in said County
Immediately preceding the day of Sale.
And whereas for the purpose of ascertaining the value
of said Real Estate J N Willis and H H Cardell two
disinterested householders of the Neighborhood were on
the 13" day of June AD 1872 chosen according to law
as appraisers thereof who made and delivered to said
Sheriff an appraisement thereof in writing signed
and sworn to by them by which they appraised the
said Real Estate at Two Thousand Four Hundred & Eighty

(2,480 00/) Dollars and whereas the said A W Haines as Sheriff aforesaid in pursuance of the notice of Sale aforesaid in conformity to Law and by virtue of said Execution did on the 17th day of June A D 1872 at the hour of Ten O clock in the forenoon of said day at the South front door of the Court House in Adel, Dallas County Iowa. Expose and offer for Sale at public auction the Real Estate hereinafter described and did then and there sell the same at public auction to the Des Moines Navigation and Rail Road Company for the sum of Two Thousand (2,000 00/) Dollars, the said Des Moines Navigation and Rail Road Company being the highest and best bidder therefor. Now therefore this Indenture Witnesseth that in consideration of the premises and of the said sum of Two Thousand Dollars, so bid and paid as aforesaid the Receipt whereof is hereby acknowledged. I the said A W Haines Sheriff as aforesaid party of the first part do hereby sell and convey unto the said Des Moines Navigation and Rail Road Company party of the second part and their assigns forever. The following described Real Estate is Situated in the Town of Perry Dallas County Iowa ( being the same Real Estate hereinbefore referred to) to wit- Lots No One (1) and Three (3) in Block No 2 Lot one (1) in Block No four (4) Lot twelve (12) in Block Eight (8) Lot three (3) in Block Six (6) Lots one (1) and Three (3) in Block No Seven (7) Lots one (1) Two (2) three (3) five (5) Seven (7) Eight (8) Nine (9) Ten (10) and Eleven (11) in Block No Eight (8) Lots Seven (7) Eight (8) Nine (9) Ten (10) Eleven (11) and twelve (12) in Block No Nine (9) Lots Seven (7) Eight (8) Nine (9) Ten (10) Eleven (11) Twelve (12) four (4) five (5) and Six (6) in Block No Ten (10) Lots one (1) Three (3) and five (5) in Block No Twelve (12) Lots one (1) Three (3) five (5) Seven (7) Nine (9) and Eleven (11) in Block No Thirteen (13) Lots One (1) Three (3) and five (5) in Block No Sixteen (16) Lots one (1) Three (3) five (5) Seven (7) nine (9) Eleven (11) Thirteen (13) Fifteen (15) Seventeen (17) and Nineteen (19) in Block No Eighteen (18) Lots one (1) Two (2) Three (3) four (4) five (5) Six (6) Seven (7) Eight (8) nine (9) and Eleven (11) in Block No Twenty one (21) and the whole of Block No Twenty two (22) to have and to hold the said Real Estate with all the appurtenances thereunto belonging to the said Des Moines Navigation Rail Road Company and their assigns forever as fully and absolutely as the said party of the first part by virtue of the premises might and could sell and convey the same.

In Witness whereof the said Party of the first part has hereunto set his hand this 17" day of June AD 1872.

      A W Haines Sheriff of
      Dallas County Iowa

US $2.00
A W Haines Sheriff
Dallas County Iowa
June 17" 1872

State of Iowa } ss. On this 17" day of June AD 1872 before the
Dallas County } undersigned a Clerk of the District Court
in and for said County came A W Haines to me personally
known to be the identical person whose name is subscribed
to the foregoing Sheriffs Deed as Grantor and acknowledg-
ed the Instrument to be his voluntary act and deed
and that he Executed the same for the purposes therein
Mentioned
  Witness my hand and official Seal the day and
year last above written
        E K Long Clerk
[L.S.]

Filed for Record Sept 6' 1872 at 9 am.
      J W Owens
      Recorder

Exhibit 53
to U.S. 2d Cross-Mot. for Summary Judgment

# EXHIBIT 53
to U.S. 2d Cross-Motion for Summary Judgment

John H Willis | In consideration of one dollar, the receipt
& | whereof is hereby acknowledged, we, John H Willis
D V R R Co | Hilah J Willis his wife, hereby sell and
convey to the Des Moines Valley Rail Road
Company a corporation duly organized under the
laws of the State of Iowa, the right of way for said
Rail Road as the same is located, said right of way to be
one hundred feet in width to be used for a single
or double track for said rail road, and for any other
rail road purposes or uses over and across
the following described tract in the County of
Dallas and State of Iowa. The South East quarter of the
South East quarter of Section Nine (9) Township
Eighty one (81) Range Twenty Eight (28) West, and warrant
the title against all persons whomsoever. This Conveyance is made
with the distinct understanding that in the division of lots
laid out into a new town on said tract the said rail road shall
make the division of land and lots equal and that in said tract
of land in final division the said grantors & the rail road
Company shall share equally. If the rail road shall occupy & take the land where
said grantors house stands for any rail road purposes the rail road shall pay expenses
of removal of said house to back lot as said grantors may select and pay for or
build a new cellar. But the question of cellar shall be decided by Col. Otley.
Witness our hands this fifth day of December A.D. 1868.

             J H Willis
             H J Willis

State of Iowa } 
Dallas County } Be it known that on this 5th day of December A.D. 1868 before
the undersigned a Justice of the Peace in and for said County
personally appeared J H Willis and H J Willis his wife who are
personally known to me to be the identical persons whose
names are affixed to the foregoing deed of right of way as
grantors and acknowledged the same to be their voluntary
act and deed. Witness my hand the day and year before
written.

             R R Smith
             Justice of the Peace

Filed for Record May 17" 1871 at 9 (??)
             J H Loomis
             Recorder

<u>Exhibit 54</u>
to U.S. 2d Cross-Mot. for Summary Judgment

# EXHIBIT 54
to U.S. 2d Cross-Motion for Summary Judgment



<u>Exhibit 55</u>
to U.S. 2d Cross-Mot. for Summary Judgment

# EXHIBIT 55
to U.S. 2d Cross-Motion for Summary Judgment

Book 11-302-304

| | |
|---|---|
| Sheriff Dallas County<br>To<br>Des Moines & Ft Dodge R.R. Co. | This indenture made the Twenty Eighth day of August A D 1877 by and between S J Ellis Sheriff of Dallas County Iowa of the first and The Des Moines & Ft Dodge Rail Road |

Company of the county of — and state of Iowa of the second part Witnesseth That Whereas by virtue of a Special execution directed to S J Ellis the then acting Sheriff of Dallas County Iowa dated the sixth day of May A D 1876 and issued out of the Clerks office of the Circuit Court of the State of Iowa in and for Polk county under the seal of said Court upon a Judgment rendered in said Circuit Court on the 27 day of September A D 1875 in favor of T C M Patton Successor to Gillmore & Cowdrey Trustee &c and against The Des Moines Valley Rail Road Company for the sum of $2907293/100 dollars and 33/100 cents debt and $5 dollars and 50 cents costs the said S J Ellis Sheriff as aforesaid did on the 22nd day of May A D 1876 levy upon the real estate hereafter described as the property of the said Des Moines Valley Rail Road Company defendants to satisfy the said execution amounting to $2907293 dollars and 33/100 cents debt and $5 dollars and 50/100 cents costs, together with interest and accruing costs. And whereas the said S J Ellis Sheriff as aforesaid gave four weeks notice of the time and place of selling said real estate under said execution by posting up printed notices thereof at three public places in said Dallas county one of which was at the Court House in Adel where the last District Court was held and by causing two publications of said notice to be made in the Dallas county Gazette a news paper printed at Adel in said county immediately preceding the day of sale.

And whereas the said S J Ellis as Sheriff aforesaid in pursuance of the notice of sale aforesaid in conformity to law and by virtue of said execution did on the 22nd day of June A D 1876 at the hour of 10 O'clock in the forenoon of said day at the South Front Door of the Court House at Adel Dallas county Iowa expose and offer for sale at public auction the real estate hereinafter described and did then and there sell the same at public auction to The Des Moines & Ft Dodge Rail Road Company for the sum of $4534 00/100 dollars they being the highest and best bidders therefor. And whereas said real estate was not redeemed as provided by law

Now Therefore this indenture Witnesseth that in consideration of the premises and of the said sum of $4534 00/100 dollars so bid and paid as aforesaid the receipt whereof is hereby acknowledged I the said S J Ellis Sheriff as aforesaid party of the first part do hereby sell and convey unto the said Des Moines & Ft Dodge Rail Road Co. party of the second part their heirs and assigns forever the following described

real estate situated in the county of Dallas and state of Iowa, being the same real estate hereinbefore referred to wit—

| Lot | Block | Amt Bid | Lot | Block | Amt Bid | Lot | Block | Amt Bid | Lot | Block | Amt Bid | Lot | Block | Amt Bid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 68 | 20 00 | 7 | 63 | 21 00 | 15 | 46 | 16 00 | 21 | 34 | 18 00 | 7 | 18 | 7 00 |
| 3 | " | 10 00 | 1 | 57 | 26 00 | 3 | 36 | 26 00 | 23 | " | 21 00 | 7 | 17 | 73 00 |
| 5 | " | 12 00 | 3 | " | 26 00 | 5 | " | 30 00 | 1 | 32 | 25 00 | und 1/3  1 | " | 6 00 |
| 7 | " | 12 00 | 5 | " | 21 00 | 7 | " | 30 00 | 5 | " | 16 00 | und 1/3 of 3 | " | 7 00 |
| 1 | 67 | 5 00 | 7 | " | 26 00 | 9 | " | 34 00 | 7 | " | 16 00 | 5 | 16 | 41 00 |
| 3 | " | 14 00 | 1 | 50 | 31 00 | 11 | " | 302 00 | 9 | " | 16 00 | 7 | " | 41 00 |
| 5 | " | 14 00 | 3 | " | 21 00 | 1 | 35 | 35 25 | 11 | " | 16 00 | und 1/3  1 | " | 7 00 |
| 7 | " | 14 00 | 5 | " | 16 00 | 3 | " | 34 25 | 3 | 31 | 10 00 | und 1/3 of 3 | " | 6 00 |
| 1 | 66 | 12 00 | 5 | 49 | 28 50 | 7 | " | 32 00 | 5 | " | 16 00 | 1 | 15 | 71 00 |
| 3 | " | 14 00 | 7 | " | 16 00 | 9 | " | 22 00 | 7 | " | 14 00 | 3 | " | 30 00 |
| 5 | " | 12 00 | 9 | 48 | 16 00 | 11 | " | 16 00 | 9 | " | 13 00 | 5 | " | 30 00 |
| 7 | " | 13 00 | 15 | " | 25 00 | 13 | " | 16 00 | 11 | " | 12 00 | 7 | " | 30 00 |
| 5 | 65 | 21 00 | und 1/3 13 | " | 8 00 | 15 | " | 25 00 | 13 | " | 12 00 | 1 | 14 | 23 00 |
| 7 | " | 16 00 | 3 | 47 | 20 50 | 17 | " | 26 00 | 15 | " | 12 00 | 3 | " | 23 00 |
| und 1/3 3 | " | 6 00 | 5 | " | 16 00 | 19 | " | 26 00 | 1 | 29 | 200 00 | 5 | " | 32 00 |
| 5 | 64 | 22 00 | 7 | " | 18 00 | 21 | " | 26 00 | 3 | " | 136 00 | 1 | 13 | 45 00 |
| 7 | " | 28 00 | 9 | " | 18 00 | 23 | " | 16 00 | 5 | " | 201 00 | 3 | " | 20 00 |
| und 1/3 of 1 | " | 3 00 | 11 | " | 19 50 | 1 | 34 | 16 00 | 7 | " | 175 00 | 5 | " | 20 00 |
| und 1/3 of 3 | " | 3 50 | 13 | " | 20 00 | 5 | " | 36 00 | 9 | " | 223 00 | 7 | " | 23 00 |
| 1 | 63 | 25 00 | 1 | 46 | 11 50 | 7 | " | 16 00 | 11 | " | 501 00 | all of blk 1 | 40 00 |
| 3 | " | 26 00 | 3 | " | 16 00 | 9 | " | 16 00 | 1 | 20 | 50 00 | all of blk 3 | 30 00 |
| 5 | " | 21 00 | 5 | " | 17 00 | 11 | " | 16 00 | 3 | " | 25 00 | | | |
| 7 | " | 21 00 | 7 | " | 18 00 | 13 | " | 16 00 | 5 | " | 30 00 | | | |
| 1 | 62 | 21 00 | 9 | " | 21 00 | 15 | " | 18 00 | 7 | " | 43 00 | | | |
| 3 | " | 21 00 | 11 | " | 20 00 | 17 | " | 16 00 | 1 | 19 | 45 00 | | | |
| 5 | " | 21 00 | 13 | " | 36 00 | 19 | " | 20 00 | 5 | 18 | 6 50 | | | |
| 7 | " | 20 50 | | | | | | | | | | | | |
| 1 | 61 | 26 00 | all in Huber & Vandercooks Add. to the Town of Wallace Center Dallas co Iowa |
| 3 | " | 21 00 | | | | | | | | | | | | |
| 5 | " | 21 00 | Also sold to the Des Moines and Ft Dodge R R Co the |

following tracts set for the sums set opposite opposite to wit.

Commencing at the NE corner of the NE¼ of the NW¼ of Sec 9-81-28 thence due south on the center line of said section to a point where it intersects the south line of right of way of the Des Moines Valley R R thence and Westerly along said line of right of way 140 ft thence due south and parallel the aforesaid section line to a point 100 ft due west of the place of beginning containing two acres the same being used for a borrow pit in the construction of said rail road. Said lot two—

Also commencing at a point where the South line of Sec 4-81-28 intersects the North line of right of way of the Des Moines Valley Rail Road thence North Westerly along said line of right of way 900 ft thence Easterly and at right angle with said line of right of way 120 ft thence South Easterly and parallel with said line of right of way to the intersection of the South line of Sec 4-81-28 thence due west to the place of beginning containing 2½ acres the same being used for a gravel pit for the purpose of said Rail Road. Sold for $11.00

Also commencing at the SW corner of the SW¼ of the SE¼ of 27-80-27 thence East to right of way of Des Moines Valley R.R. thence North West along said right of way to the point where said right of way is intersected by the west line of said 40 acre tract thence South along said line to the place of beginning Sold for $50.00 Also Block No. 3 in the town of Perry for $100.00 Also W½ of NE¼ Sect 2-79-27 for $25.00

To have and to hold the said real estate with all the appurtenances thereunto belonging to the said Des Moines and Ft Dodge Rail Road Company their heirs and assigns forever as fully and absolutely as the said party of the first part by virtue of the premises might and could sell and convey the same

In Witness whereof the said party of the first part has hereunto set his hand this 28th day of August A.D. 1877

S J Ellis
Sheriff of Dallas County Iowa

State of Iowa }
Dallas County } ss  Be it remembered that on this Third day of Sept A.D. 1877 before the undersigned Clerk District Court in and for said County personally appeared S J Ellis Sheriff of Dallas County Iowa to me personally known to be the identical person whose name is subscribed to the foregoing deed as grantor and acknowledged the execution thereof to be his voluntary act and deed as said Sheriff for the purpose therein mentioned

Witness my hand and seal the day and year last above written

A. Hotchkiss
Clerk D.C.

Filed for Record Sept 7th 1877 at 10 O'clock AM

J W Maltox Recorder
J G Howe Depy